**Order filed September 5, 2019**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-19-00590-CV
_____

### IN THE INTEREST OF V.A., ET AL., CHILDREN

---

**On Appeal from the 313th District Court
Harris County, Texas
Trial Court Cause No. 2018-01783J**

---

### ORDER

This is an accelerated appeal from a judgment in a parental termination appeal. The brief of appellant O.A. (Father) was due **September 3, 2019.** No brief has been filed. The brief of appellant V.P. (Mother) was due September 3, 2019, but the due date was extended on Mother's motion to September 27, 2019, with no further extensions to be granted absent extraordinary circumstances.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within 180 days of the date the notice of appeal is filed. *See* Tex. R. Jud. Admin. 6.2(a) (effective May 1, 2012). This accelerated schedule requires greater compliance with briefing deadlines.

Therefore, we order Father's appointed counsel, **John Christopher Liles**, to file appellant's brief by **September 27, 2019. No further extensions will be granted absent extraordinary circumstances.** If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court. In addition, the court may require appointment of new counsel due to the failure to timely file appellant's brief.

PER CURIAM